■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WILLIAMS, Appellant.— Judgment and order entered following hearing as to voluntariness of statements made by defendant as ordered by this court (24 A D 2d 826) unanimously affirmed. (Appeal from judgment of Erie County Court, resentencing defendant, following conviction of robbery, second degree. Resubmission to court after order of BURKE, J., holding that the statement of defendant was voluntarily given.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WILLIAMS, Appellant.— Same decision as in companion case of *People* v. *Williams* (26 A D 2d 901) decided herewith. (Appeal from judgment of Erie County Court convicting defendant of robbery, second degree. Resubmission to court after order of BURKE, J., holding that the statement of defendant was voluntarily given.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.